1  JOSHUA HILL (SBN 250842)
      jhill@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON**
3     **& GARRISON LLP**
   535 Mission Street, 24th floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile:  (628) 432-3101

6
   *Attorneys for Defendant*
7  *KKR & Co. Inc.*

8
                **UNITED STATES DISTRICT COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  United States of America, et al., ex rel. Caleb Hernandez, D.O., and Chionesu Sonyika, M.D., | Case No. 2:21-cv-04324-FLA-AS |
| 13                  Plaintiffs-Relators, | **DECLARATION OF JOSHUA HILL IN SUPPORT OF KKR & CO. INC.'S MOTION TO DISMISS** |
| 14       v. | *[Concurrently filed with Motion to Dismiss; Request for Judicial Notice; [Proposed] Order]* |
| 15  ScribeAmerica, LLC, KKR & Co. Inc., Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc., | |
| 17 | Judge: Hon. Fernando L. Aenlle-Rocha |
| 18                  Defendants. | Time:     1:30 p.m.<br>Date:     January 31, 2025<br>Location: First Street Courthouse, Courtroom 6B<br>350 W. 1st Street, 6th Floor<br>Los Angeles, CA 90012 |
| | Action Filed:   May 24, 2021<br>Trial Date:     None Set |

Case No. 2:21-cv-04324-FLA-AS
DECLARATION OF JOSHUA HILL IN SUPPORT OF MOTION TO DISMISS

# DECLARATION OF JOSHUA HILL

I, Joshua Hill, declare as follows, under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, a law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and counsel for KKR & Co. Inc. ("KKR") in this action. I respectfully submit this Declaration in support of KKR's Motion to Dismiss Caleb Hernandez's and Chionesu Sonyika's ("Relators") *qui tam* First Amended Complaint.

2. Attached as **Exhibit A** is a true and correct copy of a Voluntary Petition for Non-Individuals Filing for Bankruptcy filed by Enterprise Parent Holdings, Inc., on May 15, 2023, in the United States Bankruptcy Court for the Southern District of Texas.

3. Attached as **Exhibit B** is a true and correct copy of a Declaration of Paul Keglevic, Chief Restructuring Officer of Envision Healthcare Corporation, in Support of the Debtors' Chapter 11 Petitions, filed on May 15, 2023, in the United States Bankruptcy Court for the Southern District of Texas.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  November 15, 2024            Respectfully submitted,


                                     By: */s/ Joshua Hill*
                                         JOSHUA HILL