# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, et al., ex rel. Caleb Hernandez, D.O., and Chionesu Sonyika, M.D.,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>ScribeAmerica, LLC, KKR & Co. Inc., Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc.,<br><br>Defendants. | Case No. 2:21-cv-04324-FLA-AS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KKR & CO. INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed:   May 24, 2021<br>Trial Date:       Not Set |

# [PROPOSED] ORDER

On November 15, 2024, Defendant KKR & Co. Inc. ("KKR") filed its Motion to Dismiss ("Motion"). The Court, having considered KKR's Motion, other pleadings on file, and the arguments of counsel, and finding good cause therefor, IT IS ORDERED that KKR's Motion to Dismiss the First Amended Complaint of Plaintiffs-Relators United States of America, et al., ex rel. Caleb Hernandez, D.O., and Chionesu Sonyika, M.D ("Relators") is GRANTED pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and Relators' claims against KKR are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____            _____
                                   FERNANDO L. AENLLE-ROCHA
                                   United States District Judge