1  JOSHUA HILL (SBN 250842)
2      jhill@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON**
3      **& GARRISON LLP**
   535 Mission Street, 24th floor
4  San Francisco, CA 94105
   Telephone: (628) 432-5100
5  Facsimile:  (628) 432-3101

6
   *Attorneys for Defendant*
7  *KKR & Co. Inc.*

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11 | United States of America, et al., ex rel. Caleb Hernandez, D.O., and Chionesu Sonyika, M.D., | Case No. 2:21-cv-04324-FLA-AS
12 | | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT KKR & CO. INC.'S MOTION TO DISMISS**
13 | Plaintiffs-Relators, |
14 | |
15 | v. | *[Concurrently filed with Motion to Dismiss; Declaration of Joshua Hill; [Proposed] Order]*
16 | ScribeAmerica, LLC, KKR & Co. Inc., Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc., |
17 | |
18 | Defendants. | Judge: Hon. Fernando L. Aenlle-Rocha
19 | |
20 | | Time:     1:30 p.m.
   | | Date:     January 31, 2025
21 | | Location: First Street Courthouse,
   | |               Courtroom 6B
22 | |               350 W. 1st Street, 6th Floor
   | |               Los Angeles, CA 90012
23 | |
   | | Action Filed: May 24, 2021
24 | | Trial Date:   None Set

25
26
27
28

Case No. 2:21-cv-04324-FLA-AS
DEFENDANT KKR & CO. INC.'S REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Defendant KKR and Co. Inc. ("KKR") respectfully requests that the Court take judicial notice under Rule 201 of the Federal Rules of Evidence of the publicly available documents attached to the accompanying Declaration of Joshua Hill (cited as "Hill Declaration"). These documents are Exhibits A and B to the Hill Declaration. This request is made in support of KKR's Motion to Dismiss.

## II. LEGAL GROUNDS FOR KKR'S REQUEST

"The court may take judicial notice of facts not subject to reasonable dispute because they are either: (1) generally known within the trial court's territorial jurisdiction, or (2) capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned." *Garcia* v. *J2 Global, Inc.*, 2021 WL 1558331, at *7 (C.D. Cal. Mar. 5, 2021) (J. Aenlle-Rocha). When "deciding whether to dismiss a claim . . . a court may look beyond the plaintiff's complaint to matters of public record." *AB Inv. LLC* v. *Regal One Corp.*, 2009 WL 10675242, at *2 n.2 (C.D. Cal. Sept. 9, 2009) (quoting *Shaw* v. *Hahn*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995)); *accord Metzler Inv. GMBH* v. *Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008)). Courts have applied this standard to take judicial notice of bankruptcy filings. *See, e.g.*, *Searcy* v. *Federal Home Loan Corp.*, 2010 WL 4027603, at *1 (E.D. Cal. Oct. 14, 2010) ("Each judicial notice request is granted since it concerns notice of a bankruptcy court filing that is related to the instant action.").

The Court may take judicial notice of Exhibits A and B because they are publicly available bankruptcy filings "not subject to reasonable dispute because [the facts] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

## III. CONCLUSION

The Court should therefore grant KKR's request that it take judicial notice of Exhibits A and B.

1
2  DATED: November 15, 2024         Respectfully submitted,
3
                                    **PAUL, WEISS, RIFKIND, WHARTON**
4                                   **& GARRISON LLP**
5
6                                   By: */s/ Joshua Hill*
                                        JOSHUA HILL
7                                       535 Mission Street, 24th Floor
                                        San Francisco, CA 94105
8                                       Telephone: (628) 432-5123
                                        Facsimile (628) 232-3090
9                                       jhill@paulweiss.com
10
                                    *Attorneys for Defendant*
11                                  *KKR & Co. Inc.*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28