J.D. HERNANDEZ (*Pro Hac Vice*)
**J.D. HERNANDEZ, *OF COUNSEL***
6924 Bay Parkway
Brooklyn, NY 11204-5508
Telephone: (929) 627-4706
Fax: (718) 837-5555
j.d.hernandez@counsellor.com

*Attorney for Plaintiffs-Relators Caleb Hernandez, D.O., and Chionesu Sonyika, M.D.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

United States of America, State of California, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Florida, State of Georgia, State of Hawaii, State of Illinois, State of Indiana, State of Iowa, State of Louisiana, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New York, State of North Carolina, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, Commonwealth of Virginia, State of Washington, County of Broward, City of Chicago, County of Allegheny, County of Miami-Dade, City of New York, and City of Philadelphia,

*Ex rel.*

Caleb Hernandez, D.O. and Chionesu Sonyika, M.D.,

Plaintiffs-Realtors,

*vs.*

ScribeAmerica, LLC, KKR & Co., Inc., Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc.,

Defendants.

Case No. 2:21-cv-04324-CV-AS

**DISTRICT COURT JUDGE:**
HON. CYNTHIA VALENZUELA

**MAGISTRATE JUDGE:**
HON. ALKA SAGAR

**AMENDED NOTICE OF APPEAL**

ACTION FILED: May 24, 2021

DISCOVERY CUTOFF: October 10, 2025

TRIAL DATE: February 23, 2026

**NOTICE IS HEREBY GIVEN** that Plaintiffs-Relators CALEB HERNANDEZ, D.O. and CHIONESU SONYIKA, M.D. (*collectively*, "Relators"), Plaintiffs–Relators in the above-captioned action, hereby appeal to the United States Court of Appeals for the Ninth Circuit from every part of the final Judgment and all orders subsumed therein, including the Order (**DKT. 259**) dismissing Relators' federal claims (Counts 1-3) with prejudice and dismissing Relators' state and local claims without prejudice when the Court declined to exercise supplemental jurisdiction over Relators' state and municipal claims (Counts 4–38), which Order was filed on November 19, 2025, and entered on the docket in this action on November 19, 2025, as well as from every part of the "Order Denying Relators' *Ex Parte* Application [265]," *i.e.*, **DKT. 268**, which was filed on December 22, 2025, and entered on the docket in this action on December 22, 2025.

December 26, 2025

Respectfully,

*/s/ J.D. Hernandez*
J.D. HERNANDEZ (*Pro Hac Vice*)
**J.D. HERNANDEZ, *OF COUNSEL***
6924 Bay Parkway
Brooklyn, NY 11204-5508
Telephone: (929) 627-4706
Fax: (718) 837-5555
j.d.hernandez@counsellor.com

***Attorney for the Plaintiffs-Relators Caleb Hernandez, D.O., and Chionesu Sonyika, M.D.***

**NOTE:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.

The names, addresses, and contact information for all attorneys for the Plaintiffs-Relators are:

///

///

ROBERT ALAN HENNIG[1]
HENNIG KRAMER RUIZ AND SINGH PC
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
Fax: 213-310-8302

JOSUE D HERNANDEZ
J.D. HERNANDEZ, OF COUNSEL
6924 Bay Parkway
New York, NY 11204
929-627-4706
Fax: 718-837-5555
E-mail: j.d.hernandez@counsellor.com
PRO HAC VICE

SAMUEL BROWN
KRAMER BROWN HUI LLP
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
E-mail: sam@kbhllp.com

***Attorney for the Plaintiffs-Relators Caleb Hernandez, D.O., and Chionesu Sonyika, M.D.***

The names, addresses, and contact information for all attorneys for the United States of America are:

AARON KOLLITZ
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-2083
Fax: 213-894-7819
E-mail: aaron.kollitz@usdoj.gov

FRANK D KORTUM
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-6841
Fax: 213-894-7819
E-mail: frank.kortum@usdoj.gov

***Attorneys for the United States of America***

The names, addresses, and contact information for Defense counsel are as follows:

[1] Mr. Hennig passed away recently but is referenced because he is still listed in the docket and register of actions. He was a mentor and friend to many.

ARWEN JOHNSON
KING AND SPALDING LLP
633 West 5thStreet No 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: arwen.johnson@kslaw.com

JAMIE ALLYSON LANG
KING AND SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: jlang@kslaw.com

MATTHEW NOLLER
KING AND SPALDING LLP
50 California Street, Suite 3300
San Franicsco, CA 94111
415-318-1200
Fax: 415-318-1300
Email: mnoller@kslaw.com

***Attorneys for Defendant ScribeAmerica, LLC***

JOSHUA HILL, JR.
PAUL WEISS RIFKIND WHARTON AND GARRISON LLP
535 Mission Street, Fl 24
San Francisco, CA 94105
628-432-5123
Fax: 628-232-3101
E-mail: jhill@paulweiss.com

MATTHEW PERRY STEINBERG
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
310-982-4350
Fax: 310-943-18205
E-mail: msteinberg@paulweiss.com

***Attorneys for Defendant KKR & Co, Inc.***

CATHERINE D. STEWART
SIDLEY AUSTIN LLP
One South Dearborn St
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: catherine.stewart@sidley.com

CLAIRE HOMSHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: chomsher@sidley.com

JAIME L.M. JONES
SIDLEY AUSTIN LLP
One South Deaborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jaime.jones@sidley.com

JANE FISHER
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jane.fisher@sidley.com

JILLIAN S. STONECIPHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: jstonecipher@sidley.com

SEAN A. COMMONS
SIDLEY AUSTIN LLP
350 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
213-896-6000
Fax: 213-896-6600
E-mail: scommons@sidley.com

***Attorneys for Defendants Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc.***

# CERTIFICATE OF SERVICE

I, J.D. HERNANDEZ, hereby certify that a true and correct copy of the foregoing and annexed document(s) were served electronically, via the District Court's ECF system, upon all of the Parties, including upon:

ARWEN JOHNSON
KING AND SPALDING LLP
633 West 5thStreet No 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: arwen.johnson@kslaw.com

JAMIE ALLYSON LANG
KING AND SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: jlang@kslaw.com

MATTHEW NOLLER
KING AND SPALDING LLP
50 California Street, Suite 3300
San Franicsco, CA 94111
415-318-1200
Fax: 415-318-1300
Email: mnoller@kslaw.com

***Attorneys for Defendant ScribeAmerica, LLC***

JOSHUA HILL, JR.
PAUL WEISS RIFKIND WHARTON AND GARRISON LLP
535 Mission Street, Fl 24
San Francisco, CA 94105
628-432-5123
Fax: 628-232-3101
E-mail: jhill@paulweiss.com

MATTHEW PERRY STEINBERG
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
310-982-4350
Fax: 310-943-18205
E-mail: msteinberg@paulweiss.com

*Attorneys for Defendant KKR & Co, Inc.*

CATHERINE D. STEWART
SIDLEY AUSTIN LLP
One South Dearborn St
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: catherine.stewart@sidley.com

CLAIRE HOMSHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: chomsher@sidley.com

JAIME L.M. JONES
SIDLEY AUSTIN LLP
One South Deaborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jaime.jones@sidley.com

JANE FISHER
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jane.fisher@sidley.com

JILLIAN S. STONECIPHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: jstonecipher@sidley.com

SEAN A. COMMONS
SIDLEY AUSTIN LLP
350 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
213-896-6000

Fax: 213-896-6600
E-mail: scommons@sidley.com

***Attorneys for Defendants Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc.***

ROBERT ALAN HENNIG[2]
HENNIG KRAMER RUIZ AND SINGH PC
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
Fax: 213-310-8302

JOSUE D HERNANDEZ
J.D. HERNANDEZ, OF COUNSEL
6924 Bay Parkway
New York, NY 11204
929-627-4706
Fax: 718-837-5555
E-mail: j.d.hernandez@counsellor.com
PRO HAC VICE

SAMUEL BROWN
KRAMER BROWN HUI LLP
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
E-mail: sam@kbhllp.com

***Attorney for the Plaintiffs-Relators Caleb Hernandez, D.O., and Chionesu Sonyika, M.D.***

AARON KOLLITZ
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-2083
Fax: 213-894-7819
E-mail: aaron.kollitz@usdoj.gov

FRANK D KORTUM
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-6841
Fax: 213-894-7819
E-mail: frank.kortum@usdoj.gov

***Attorneys for Plaintiff United States of America***

---

[2] Mr. Hennig passed away recently but is referenced because he is still listed in the docket and register of actions. He was a mentor and friend to many.

Dated: December 26, 2025

*<u>/s/ J.D. Hernandez</u>*
J.D. Hernandez

**AMENDED REPRESENTATION STATEMENT**

(CIRCUIT RULE 3-2. REPRESENTATION STATEMENT)

UNITED STATES OF AMERICA, *et al., ex rel.*

*vs.*

SCRIBEAMERICA, LLC, *et al.*

Case No.: 21-cv-04324-CV-AS

The names, addresses, and contact information for all attorneys for the Plaintiffs-Relators, ***the Appellants on the appeal***, are:

ROBERT ALAN HENNIG[3]
HENNIG KRAMER RUIZ AND SINGH PC
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
Fax: 213-310-8302

JOSUE D. HERNANDEZ
J.D. HERNANDEZ, OF COUNSEL
6924 Bay Parkway
New York, NY 11204
929-627-4706
Fax: 718-837-5555
E-mail: j.d.hernandez@counsellor.com
PRO HAC VICE

*Is counsel, JOSUE D. HERNANDEZ, registered for Electronic Filing in the 9th Circuit?* **No.**

SAMUEL BROWN
KRAMER BROWN HUI LLP
3600 Wilshire Boulevard, Suite 1908
Los Angeles, CA 90010
213-310-8301
E-mail: sam@kbhllp.com

***Attorney for the Plaintiffs-Relators***
***Caleb Hernandez, D.O., and***
***Chionesu Sonyika, M.D.***

The names, addresses, and contact information for all attorneys for Plaintiff, the United States of America, are:

AARON KOLLITZ
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516

[3] Mr. Hennig passed away recently but is referenced because he is still listed in the docket and register of actions. He was a mentor and friend to many.

Los Angeles, CA 90012
213-894-2083
Fax: 213-894-7819
E-mail: aaron.kollitz@usdoj.gov
FRANK D KORTUM
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street Suite 7516
Los Angeles, CA 90012
213-894-6841
Fax: 213-894-7819
E-mail: frank.kortum@usdoj.gov

***Attorneys for Plaintiff United States of America***

The names, addresses, and contact information for the Defendants, ***the Appellees on the appeal***, are:

***DEFENDANT-APPELLEE SCRIBEAMERICA, LLC, Represented by:***

ARWEN JOHNSON
KING AND SPALDING LLP
633 West 5thStreet No 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: arwen.johnson@kslaw.com

JAMIE ALLYSON LANG
KING AND SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
213-443-4355
Fax: 213-443-4310
E-mail: jlang@kslaw.com

MATTHEW NOLLER
KING AND SPALDING LLP
50 California Street, Suite 3300
San Franicsco, CA 94111
415-318-1200
Fax: 415-318-1300
Email: mnoller@kslaw.com

***Attorneys for Defendant ScribeAmerica, LLC***

***DEFENDANT-APPELLEE KKR & CO., INC, Represented by:***

JOSHUA HILL, JR.
PAUL WEISS RIFKIND WHARTON AND GARRISON LLP
535 Mission Street, Fl 24
San Francisco, CA 94105
628-432-5123
Fax: 628-232-3101
E-mail: jhill@paulweiss.com

MATTHEW PERRY STEINBERG
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
310-982-4350
Fax: 310-943-18205
E-mail: msteinberg@paulweiss.com

***Attorneys for Defendant KKR & Co, Inc.***

***DEFENDANTS-APPELLEES ENVISION HEALTHCARE CORPORATION, EMCARE HOLDINGS, INC., EMCARE, INC., AND REIMBURSEMENT TECHNOLOGIES, INC., Represented by:***

CATHERINE D. STEWART
SIDLEY AUSTIN LLP
One South Dearborn St
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: catherine.stewart@sidley.com

CLAIRE HOMSHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: chomsher@sidley.com

JAIME L.M. JONES
SIDLEY AUSTIN LLP
One South Deaborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jaime.jones@sidley.com

JANE FISHER
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
E-mail: jane.fisher@sidley.com

JILLIAN S. STONECIPHER
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Fax: 202-736-8711
E-mail: jstonecipher@sidley.com

SEAN A. COMMONS

SIDLEY AUSTIN LLP
350 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
213-896-6000
Fax: 213-896-6600
E-mail: scommons@sidley.com

***Attorneys for Defendants Envision Healthcare Corporation, EmCare Holdings, Inc., EmCare, Inc., and Reimbursement Technologies, Inc.***

**CERTIFICATION OF PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, certify and state the following:

I am over eighteen years old.

On December 26, 2025, I served true and correct copies of the foregoing document(s), by electronic filing, posting the document(s) electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed and certified on December 26, 2025.

*/s/ J.D. Hernandez*
J.D. HERNANDEZ